NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EWINWIN, INC.,**
*Plaintiff-Appellant,*

v.

**GROUPON, INC.,**
*Defendant-Appellee.*

---

2012-1165

---

Appeal from the United States District Court for the Middle District of Florida in Case No. 10-CV-2678, Judge Susan C. Bucklew.

---

**JUDGMENT**

---

COLBY B. SPRINGER, Lewis and Roca LLP, of Mountain View, California, argued for plaintiff-appellant. With him on the brief was BRENT W. RASMUSSEN, of Phoenix, Arizona.

J. DAVID HADDEN, Fenwick & West LLP, of Mountain View, California, argued for defendant-appellee. With him on the brief were RYAN J. MARTON and ELIZABETH J. WHITE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MAYER, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 9, 2012          /s/ Jan Horbaly
      Date               Jan Horbaly
                           Clerk